# Court of Appeals
# of the State of Georgia

ATLANTA,____April 30, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A0391.  STEPHEN POWERS v. THE STATE.**

Stephen Powers was convicted by a jury of aggravated child molestation.  He appealed, and this Court reversed his conviction on March 9, 2011, holding that the State failed to prove venue at trial.  *Powers v. State*, 309 Ga. App. 262, 262-263 (1) (709 SE2d 821) (2011).  The State moved for reconsideration of our opinion on March 18, 2011, and we denied the State's motion on April 13, 2011.

The day before we denied the motion for reconsideration, on April 12, 2011, Powers filed a motion in the trial court to be released on bond, arguing that because this Court had reversed his conviction, he stood in the same position as an accused who had been indicted and not yet tried and thus was entitled to be released on "pre-trial" bond. The following day, April 13, 2011, we denied the State's motion for reconsideration, and on May 2, 2011, the State filed a petition for certiorari in our Supreme Court.

The trial court issued an order denying Powers' motion for bond on August 9, 2011. Powers filed an application for interlocutory appeal from that order, which we granted on September 14, 2011. Powers filed his notice of appeal from that order on September 20, 2011, and the case was docketed in this Court to the January 2012 term.

On March 5, 2012, the Supreme Court of Georgia denied the State's petition for certiorari and on March 15, 2012, the State moved for reconsideration of that denial.  That motion was denied on April 11, 2012 and the case was remitted to the trial court on April 13, 2012.

Thus, because the State's petition for certiorari has been denied and Powers'

conviction now stands reversed, his appeal in the present case, which concerns only his entitlement to bail during the pendency of the certiorari petition filed by the State, has become moot. Accordingly, the appeal in this case is DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/30/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*